**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jeffery Lynn ALEXANDER,**
**Defendant-Appellant**

**No. 16-30179**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed June 16, 2017

Carol Mignonne Griffing, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff-Appellee

Jeffery Lynn Alexander, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jef-fery Lynn Alexander has moved for leave to withdraw and has filed briefs in accor-dance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Alexander has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal pres-ents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for

---

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.